**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2292**

KATHLEEN R. KIRBY,

Plaintiff - Appellant,

versus

RICHMOND REDEVELOPMENT AND HOUSING AUTHORITY,
Section 8; U. S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District
Judge. (CA-04-791-REP-MHL)

Submitted: July 26, 2006          Decided: August 15, 2006

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kathleen R. Kirby, Appellant Pro Se. Kristen Marie Calleja,
Alexander Jones Brackett, Sr., MCGUIREWOODS, LLP, Richmond,
Virginia; Robert P. McIntosh, OFFICE OF THE UNITED STATES ATTORNEY,
Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kathleen R. Kirby appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her claims pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kirby v. Richmond Redevelopment and Housing Authority, No. CA-04-791-REP-MHL (E.D. Va. Sep. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED